Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert Touche | ) | Case No.  3:20-cr-42-13 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Robert Touche

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; Forfeiture Allegation

Date:  02/20/2020

/s/ Jackie Stewart
_Issuing officer's signature_

Jackie Stewart, Deputy Clerk
_Printed name and title_

City and state:  Fargo, ND

---

### Return

This warrant was received on _(date)_ 2/21/2020, and the person was arrested on _(date)_ 2/27/2020
at _(city and state)_ Sheyenne, ND

Date: 2/28/2020

_Arresting officer's signature_

JARROD BIRCHLER / SPECIAL AGENT
_Printed name and title_